**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | C Meela |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | CV 101-050 |
| WREN CHEVROLET, INC., | ) ) | COMPLAINT |
| | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Brooke Hughes and Angela Walden who were adversely affected by such practices. The Commission's lawsuit alleges that Hughes and Walden were subjected to sexual harassment and a sexually hostile environment by Tony Wren, the Defendant's owner and President, who, on an ongoing basis, engaged in illegal and unwelcome conduct a of sexual nature towards Hughes and Walden in a highly inappropriate and sexually unwelcome manner. The Defendant refused to take any action to prevent the harassment. The Defendant subsequently retaliated against both Hughes and Walden for filing charges with the EEOC alleging sexual harassment discrimination.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e-5(f) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Sec. 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Georgia, Augusta Division.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f) (1) and (3) of Title VII, 42 U.S.C. Sec. 2000e-5 (f) (1) and (3).

4.     At all relevant times Defendant ("Employer") has continuously been doing business in the State of Georgia and the City of Wrens, and has continuously had at least 15 employees.

5.     At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Angela Walden and Brooke Hughes filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least January 1996, Defendant Employer has engaged in unlawful employment practices at its Wrens, Georgia facility, in violation of §703(a)(1), (2) and §704(a) of Title VII, 42 U.S.C. §2000e-2(a)(1), (2) and 42 U.S.C. §2000e-3(a). Defendant Employer maintained a sexually hostile work environment and retaliated against employees who complained about the harassment.

8.     The effect of the practices complained of in paragraph 7 above has been to deprive Angela Walden and Brooke Hughes of equal employment opportunities and otherwise adversely affect their status as employees because of their female sex.

9. The unlawful employment practices complained of in paragraph 7 above were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Angela Walden and Brooke Hughes.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment, retaliation, and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Angela Walden and Brooke Hughes, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place reinstatement or front pay.

D. Order Defendant Employer to make whole Angela Walden and Brooke Hughes, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including job search expenses and out of pocket medical expenses, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Angela Walden and Brooke Hughes by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Order Defendant Employer to pay Angela Walden and Brooke Hughes punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
S. ROBERT ROYAL
Regional Attorney

_____
CHARLES T. BELL, JR.
Senior Trial Attorney
Georgia Bar No. 047649

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Atlanta District Office-Legal Unit
100 Alabama Street, Suite 4R30
Atlanta, Georgia 30303
(404) 562-6811 or (404) 562-6932